# EXHIBIT 1

Filed                22-CI-00023      01/24/2022        Beth A. Fiss, Simpson Circuit Clerk

NOT ORIGINAL DOCUMENT
01/31/2022 07:58:48 PM
91468

COMMONWEALTH OF KENTUCKY
SIMPSON CIRCUIT COURT
CIVIL ACTION NO: _____
*FILED ELECTRONICALLY*

ALVIN MANNING                                                                                         PLAINTIFF

v.

HARDEE'S FOOD SYSTEMS, LLC;                                                       DEFENDANTS

    Serve: Corporation Service Company
           421 West Main Street
           Frankfort, KY 40601

HARDEE'S RESTAURANTS LLC;

    Serve: Corporation Service Company
           421 West Main Street
           Frankfort, KY 40601

CKE RESTAURANTS HOLDINGS, INC.;

    Serve: Corporation Service Company
           251 Little Falls Drive
           Wilmington, DE 19808

RICHARD B. RONCHI TRUST;

    Serve: Richard B. Ronchi, as Trustee
           100 N. Broadway, Ste 1200
           St. Louis, MO 63102

ANTHONY RONCHI TRUST

    Serve: Richard B. Ronchi, as Trustee
           100 N. Broadway, Ste 1200
           St. Louis, MO 63102

## COMPLAINT

    Comes now the Plaintiff, Alvin Manning, by and through the undersigned counsel, and for his Complaint against the Defendants, Hardee's Food Systems, LLC, Hardee's Restaurants LLC,

1

Presiding Judge: HON. MARK A. THURMOND (649413)

COM : 000001 of 000005

Filed          22-CI-00023          01/24/2022          Beth A. Fiss, Simpson Circuit Clerk

NOT ORIGINAL DOCUMENT
01/31/2022 07:58:48 PM
91468

CKE Restaurants Holdings, Inc., Richard B. Ronchi Trust, and Anthony Ronchi Trust, states as follows:

## PARTIES

1. At all times pertinent hereto, the Plaintiff, Alvin Manning, was a citizen and resident of Simpson County, Kentucky residing at 106 Morris Street, Franklin, KY 42134.

2. At all times material hereto, the Defendant, Hardee's Food Systems, LLC, was a Foreign Limited Liability Company licensed to do business within the Commonwealth of Kentucky, with its Principal Office located at 6700 Tower Circle, Suite 1000, Franklin, TN 37067 and its Agent for Service of Process being Corporation Service Company, 421 West Main Street, Frankfort, KY 40601.

3. At all times material hereto, the Defendant, Hardee's Restaurants LLC, was a Delaware Corporation licensed to do business within the Commonwealth of Kentucky, with its Principal Office located at 6700 Tower Circle, Suite 1000, Franklin, TN 37067 and its Agent for Service of Process being Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.

4. At all times material hereto, the Defendant, CKE Restaurants Holdings, Inc., was a Delaware Corporation licensed to do business within the Commonwealth of Kentucky, with its Principal Office located at 6700 Tower Circle, Suite 1000, Franklin, TN 37067 and its Agent for Service of Process being Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.

5. At all times material hereto, the Defendant, Richard B. Ronchi Trust may be served through its Trustee, Richard B. Ronchi at 100 N. Broadway, Ste 1200, St. Louis, MO 63102.

Presiding Judge: HON. MARK A. THURMOND (649413)

COM : 000002 of 000005

Filed          22-CI-00023          01/24/2022          Beth A. Fiss, Simpson Circuit Clerk

Filed            22-CI-00023       01/24/2022        Beth A. Fiss, Simpson Circuit Clerk
                                                    NOT ORIGINAL DOCUMENT
                                                    01/31/2022 07:58:48 PM
                                                    91468

6. At all times material hereto, the Defendant, Anthony Ronchi Trust may be served through its Trustee, Richard B. Ronchi at 100 N. Broadway, Ste 1200, St. Louis, MO 63102.

7. At all times relevant hereto, the Defendants owned, controlled, operated, and/or supervised the Hardee's Restaurant and its parking lot located at 807 S Main Street, Franklin, KY 42134 (hereinafter "premises").

## JURISDICTION AND VENUE

8. The circumstances giving rise to this Complaint took place in Simpson County, Kentucky.

9. The amount of damages sustained by the Plaintiff is in excess of the minimum jurisdictional limits of the Simpson County Circuit Court.

10. Simpson County Circuit Court has jurisdiction over this matter and venue is appropriate in this County.

## GENERAL ALLEGATIONS

11. At all times relevant hereto, the Defendants, by and through their agents, ostensible agents, servants, employees, and/or other representatives, had a duty to maintain and keep said premises safe for the use of its patrons.

12. On or about February 20, 2021, as a direct and proximate result of the negligent acts and/or omissions of the Defendants, whether by and through their respective agents, ostensible agents, servants, employees, and/or other representatives, the Plaintiff, a business invitee, while exercising due care for his own safety, was injured by a dangerous condition created and/or not properly maintained by the Defendants, while lawfully and properly on the Defendants' premises. Specifically, the Plaintiff slipped and fell on ice.

3

Filed            22-CI-00023       01/24/2022        Beth A. Fiss, Simpson Circuit Clerk

Presiding Judge: HON. MARK A. THURMOND (649413)

COM : 000003 of 000005

Filed          22-CI-00023       01/24/2022       Beth A. Fiss, Simpson Circuit Clerk
NOT ORIGINAL DOCUMENT
01/31/2022 07:58:48 PM
91468

13. At said time and place, the Defendants owed the Plaintiff, as a business invitee upon said premises, a duty to exercise reasonable care for his safety.

14. The Defendants and their agents, ostensible agents, servants, employees, and/or other representatives breached their duty of care to the Plaintiff.

15. As a direct and proximate result of the negligence and carelessness of the Defendants, as heretofore alleged, the Plaintiff was caused to sustain personal injuries of a permanent nature to his person. The injuries sustained by the Plaintiff resulted in the following damages:

   a. mental and physical pain and suffering both of a temporary and permanent nature all to his damage in a sum to be determined by a jury sitting in the trial of this matter;

   b. the power and ability to labor and earn has been temporarily and permanently impaired all to his damage in a sum to be determined by a jury sitting in the trial of this matter;

   c. the expenditure of sums of money for hospital, medical and other rehabilitation expenses, and will be caused to expend such sums of money in the future in an amount to be determined by a jury sitting in the trial of this matter;

   d. loss of his ability to lead and enjoy a normal life, all to his damage, in a sum to be determined by a jury sitting in the trial of this matter; and,

   e. lost wages in addition to the above-mentioned loss of wage-earning capacity, all of which are either permanent or continuing in nature and the Plaintiff will sustain said losses in the future.

**WHEREFORE**, the Plaintiff, Alvin Manning, demands judgment against the Defendants, Hardee's Food Systems, LLC, Hardee's Restaurants LLC, CKE Restaurants Holdings, Inc., Richard B. Ronchi Trust, and Anthony Ronchi Trust, as follows:

4

Filed          22-CI-00023       01/24/2022       Beth A. Fiss, Simpson Circuit Clerk

Presiding Judge: HON. MARK A. THURMOND (649413)

COM : 000004 of 000005

Filed         22-CI-00023        01/24/2022         Beth A. Fiss, Simpson Circuit Clerk

NOT ORIGINAL DOCUMENT
01/31/2022 07:58:48 PM
91468

A. A trial by jury on all issues of fact herein;

B. Compensatory damages against the Defendants in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

C. For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

D. For the Plaintiff's costs herein expended; and,

E. For any and all other relief to which the Plaintiff is entitled.

## CERTIFICATION

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

The party notified is as follows: Cigna, P.O. Box 182223, Chattanooga, TN 37422.

**RESPECTFULLY** submitted this 24th day of January, 2022.

Respectfully submitted,

*/s/ Lauren Marley*
LAUREN MARLEY
Morgan & Morgan
360 E. 8th Avenue, Suite 411
Bowling Green, KY 42101
Telephone: (270) 495-6798
Facsimile: (270) 495-6839
lmarley@forthepeople.com
*Counsel for Plaintiff*

Presiding Judge: HON. MARK A. THURMOND (649413)

5

Filed         22-CI-00023        01/24/2022         Beth A. Fiss, Simpson Circuit Clerk

COM : 000005 of 000005